**MORRIS LAW CENTER**
SARAH A. MORRIS, ESQ.
Nevada Bar No. 8461
sarah@morrislawcenter.com
DAVID J. ROTHENBERG, ESQ.
Nevada Bar No. 13576
david@morrislawcenter.com
6085 W. Twain Ave., Suite 201
Las Vegas, Nevada 89103
Telephone: (702) 850-7798
Facsimile: (702) 850-7998
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PREMIER ONE HOLDINGS, INC., a Nevada corporation,<br>　　　　　Plaintiff<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC, a foreign limited liability company, ROXEY A. RANFTL; DOES 1-100, inclusive, and ROES 1-100, inclusive,<br>　　　　　Defendants. | Case No.: 2:17-cv-01133-RFB-NJK<br><br>**STIPULATION AND ORDER TO STAY CASE PENDING DECISION ON MOTION TO REMAND** |

Plaintiff, Premier One Holdings, Inc. ("Plaintiff") by and through its attorneys of record, Sarah A. Morris, Esq. and David J. Rothenberg, Esq. of the law firm Morris Law Center and Defendant, Nationstar Mortgage, LLC by and through its attorneys of record, Dana Jonathon Nitz, Esq. and Regina A. Habermas, Esq. of the law firm Wright, Finlay, & Zak, LLP, hereby stipulate and agree to stay the above-captioned action pending a decision on Plaintiff's Motion for Remand (ECF No. 10) as follows:

1. This is a quiet title action arising from an HOA foreclosure sale (the "Sale") of a residential property located at 8045 Astrology Court Unit 101, Las Vegas, Nevada 89128 (the "Property").

2. Plaintiff originally brought this matter in the Eighth Judicial District Court of Nevada (A-17-752728-C).

3. Defendant Nationstar was served with the Complaint and removed this matter to Federal Court.

4. On May 25, 2017 Plaintiff filed a Motion to Remand (ECF No. 10), which would fully remove this matter from this Court if granted.

5. Whether this matter is brought in state or federal court would affect the applicable law resulting in a potential waste of judicial resources as well as the resources of both parties from engaging in discovery if remanded.

6. The Parties request a stay of litigation until this Court has ruled on the pending Motion to Remand as it would be dispositive of this action in this Court.

7. The Parties agree to submit a renewed discovery schedule within 30 days of this Court's ruling in the event this matter is not remanded.

Dated: September 5th 2017.

| MORRIS LAW CENTER | WRIGHT, FINLAY, & ZAK, LLP |
|---|---|
| By:/s/ Sarah A. Morris<br>Sarah A. Morris, Esq.<br>Nevada Bar No. 8461<br>David J. Rothenberg, Esq.<br>Nevada Bar No. 13576<br>*Attorneys for Plaintiff* | By: /s/ Regina A. Habermas<br>Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 0050<br>Regina A. Habermas, Esq.<br>Nevada Bar No. 8481<br>*Attorneys for Defendant, Nationstar Mortgage, LLC* |

# ORDER

**FOR GOOD CAUSE APPEARING**, and based upon the foregoing stipulation of the parties:

**IT IS HEREBY ORDERED** that litigation in this case is stayed until the Court rules on the pending Motion to Remand (ECF No. 10).

**IT IS HEREBY FURTHER ORDERED** that the Parties will file a renewed discovery schedule within 30 days of this Court's ruling in the event this matter is not remanded.

_____
RICHARD F. BOULWARE, II
United States District Judge

Date: October 12, 2017.

Respectfully Submitted:

MORRIS LAW CENTER

By: */s/ Sarah A. Morris*
Sarah A. Morris, Esq.
Nevada Bar No. 8461
David J. Rothenberg, Esq.
Nevada Bar No. 13576
*Attorneys for Plaintiff*