MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for defendant/counterclaimant Nationstar Mortgage, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PREMIER ONE HOLDINGS, INC., a Nevada corporation,<br><br>Plaintiff,<br>vs.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>Defendants. | Case No.: 2:17-CV-01133-RFB-NJK<br><br>**SUBSTITUTION OF COUNSEL FOR DEFENDANT/COUNTERCLAIMANT NATIONSTAR MORTGAGE, LLC** |
| NATIONSTAR MORTGAGE, LLC,<br><br>Counterclaimant,<br>v.<br><br>PREMIER ONE HOLDINGS, INC.,<br><br>Counter-Defendant. | |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

44844913;1

Defendant/counterclaimant Nationstar Mortgage, LLC hereby consents to the substitution of Melanie D. Morgan, Esq. and Donna M. Wittig, Esq. of AKERMAN LLP as its counsel in the place and stead of WRIGHT, FINLAY & ZAK, LLP in the above-entitled matter.

DATED this ___ day of April, 2018.

NATIONSTAR MORTGAGE, LLC

BY: _____

ITS: _____

Dana Jonathon Nitz, Esq. and Regina A. Habermas, Esq. of the law firm of WRIGHT, FINLAY & ZAK, LLP consents to the substitution of Melanie D. Morgan, Esq. and Donna M. Wittig, Esq. of AKERMAN LLP as counsel of record in its place and stead on behalf of defendant/counterclaimant Nationstar Mortgage, LLC.

DATED this 6 day of April, 2018.

WRIGHT, FINLAY & ZAK, LLP

_____
DANA JONATHON NITZ, ESQ.
Nevada Bar No. 0050
REGINA A. HABERMAS, ESQ.
Nevada Bar No. 8481
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117

///
///
///
///
///
///
///
///
///

2

44844913;1

Defendant/counterclaimant Nationstar Mortgage, LLC hereby consents to the substitution of Melanie D. Morgan, Esq. and Donna M. Wittig, Esq. of AKERMAN LLP as its counsel in the place and stead of WRIGHT, FINLAY & ZAK, LLP in the above-entitled matter.

DATED this ___ day of April, 2018.

NATIONSTAR MORTGAGE, LLC

BY: _____
A. J. Loll, Vice President
ITS: Nationstar Mortgage LLC

Dana Jonathon Nitz, Esq. and Regina A. Habermas, Esq. of the law firm of WRIGHT, FINLAY & ZAK, LLP consents to the substitution of Melanie D. Morgan, Esq. and Donna M. Wittig, Esq. of AKERMAN LLP as counsel of record in its place and stead on behalf of defendant/counterclaimant Nationstar Mortgage, LLC.

DATED this ___ day of April, 2018.

WRIGHT, FINLAY & ZAK, LLP

_____
DANA JONATHON NITZ, ESQ.
Nevada Bar No. 0050
REGINA A. HABERMAS, ESQ.
Nevada Bar No. 8481
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2

44844913;1

Melanie D. Morgan, Esq. and Donna M. Wittig, Esq. of the law firm AKERMAN LLP, consent to substitution as counsel of record for defendant/counterclaimant Nationstar Mortgage, LLC in the place and stead of WRIGHT, FINLAY & ZAK, LLP.

DATED this ____ day of April, 2018.

AKERMAN LLP

_____
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: April 13, 2018

3

44844913;1