# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Premier One Holdings, Inc.

                Plaintiff,

v.

Nationstar Mortgage, LLC, et al.

                Defendant.

JUDGMENT IN A CIVIL CASE
for Attorney Fees

Case Number:  2:17-cv-01133-RFB-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment has been entered for attorney fees.  The Court awards Plaintiff $1,880 in fees and costs.

 

3/01/19  
Date

DEBRA K. KEMPI  
Clerk

/s/ A. Reyes  
Deputy Clerk